UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 140 BLUE RAVINE, LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>PHOENIX MOTOR, INC., et al.,<br><br>             Defendants. | No. 2:24-cv-01117-DAD-AC<br><br>ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 7) |

On August 6, 2024, the parties stipulated to remand of this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 7.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Sacramento County Superior Court. The initial scheduling conference currently set for August 27, 2024 is hereby vacated. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 7, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1